# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LES L. UNGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD A. PACKER, ROBERT J. HALLIDAY, JAMES W. BIONDI, LEWIS H. ROSENBLUM, BENSON F. SMITH, JOHN J. WALLACE, JUDITH C. PELHAM, ZOLL MEDICAL CORPORATION, ASAHI KASEI CORPORATION, ASAHI KASEI HOLDINGS US, INC., and, ASCLEPIUS SUBSIDIARY CORPORATION,<br><br>Defendants. | Case No. 1:12-cv-10543-DJC |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a) Plaintiff Les L. Unger, through his counsel, hereby voluntarily dismisses this action, captioned *Unger v. Packer, et. al.*, Case No. 1:12-cv-10543-DJC. Defendants have not filed an Answer or Motion for Summary Judgment, and Plaintiff is hereby dismissing his action in accord with Fed. R. Civ. Pro. 41(a)(1)(a).

Dated: April 4, 2012

Respectfully, submitted,

**LEVI & KORSINSKY LLP**

By:   __/s/ Shannon L. Hopkins_____
Shannon L. Hopkins, Esq., BBO # 657485
Joseph Levi, Esq.
30 Broad Street, 24th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Attorneys for Plaintiff Les L. Unger